**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000224
26-JUN-2026
08:00 AM
Dkt. 9 ODSD**</span>

NO. CAAP-26-0000224

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BRYAN PRATS, Plaintiff-Appellee,
v.
JORDAN MICHAEL POND, Defendant-Appellant,
and
DOES 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-24-0000835)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) On March 20, 2026, self-represented Defendant-Appellant Jordan Michael Pond (**Pond**) filed the notice of appeal in this case;

(2) On March 25, 2026, the circuit court clerk notified Pond that the filing fees had not been paid, and cautioned Pond that failure to pay the fees or request a waiver may result in the appeal being dismissed;

(3) The record on appeal was due on or before May 19, 2026, see Hawai'i Rules of Appellate Procedure (**HRAP**)

Rule 11(b)(1), but was not filed because Pond failed to pay the filing fees or obtain a fee waiver;

(4) On May 27, 2026, the appellate clerk entered a default of the record on appeal, informing Pond that the time to docket the appeal had expired, Pond had not paid the filing fees or obtained an order allowing Pond to proceed on appeal in forma pauperis, the matter would be brought to the court's attention on June 8, 2026, for action that may include dismissal of the appeal, and Pond could seek relief from default by motion; and

(5) Pond has not taken any further action in this appeal.  An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed in forma pauperis.  HRAP Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 26, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge